Cite as 2024 Ark. 6
# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** January 25, 2024

IN RE ARKANSAS SUPREME
COURT COMMITTEE ON MODEL
JURY INSTRUCTIONS – CIVIL

## PER CURIAM

Judge Marcia Hearnsberger of Hot Springs has retired as a circuit judge and has resigned from the Committee on Model Jury Instructions – Civil. The Court extends its gratitude to her for her service on this important committee.

Judge Greg Magness of Fort Smith is appointed for the remainder of Judge Hearnsberger's term on the committee, which will expire on September 30, 2024.

We thank Judge Magness for his willingness to serve on this committee.